SC Judicial Department






 





 











 



 


 South Carolina


 JUDICIAL DEPARTMENT


 Text Only Page


 Site Map | Feedback
 


 
 Search:  
 
 
 

 







 
 
 

 Home
 
 Supreme Court
 
 Overview
 Justices
 
 
 Donald W. Beatty
Chief Justice
 
 John W. Kittredge
 
 Kaye G. Hearn
 
 John Cannon Few
 
 George C. James, Jr.
 
 
 
 Roster of Cases
 Video Portal
 Clerk's Office
 Commission on the Profession
 Disciplinary Counsel
 
 Overview
 Commission on Judicial Conduct
 Commission on Lawyer Conduct
 How to File a Complaint
 Frequently Asked Questions
 ABA Reports on the Lawyer and Judicial Disciplinary Systems
 
 
 Bar Admissions
 Library
 Court Administration
 History
 Map & Location
 Strategic Plan
 
 
 
 Court of Appeals
 
 Overview
 Judges
 
 
 James E. Lockemy
Chief Judge
 
 Thomas E. Huff
 
 Paul E. Short, Jr.
 
 H. Bruce Williams
 
 Paula H. Thomas
 
 Aphrodite K. Konduros
 
 John D. Geathers
 
 Stephanie P. McDonald
 
 D. Garrison Hill
 
 
 
 Roster of Cases
 Clerk's Office
 Library
 History
 FAQs
 Map & Location
 
 
 Trial Courts
 
 Circuit Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Family Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Masters-In-Equity
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 
 
 Probate Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster (Alpha)
 Judge Roster (County)
 
 
 Magistrates Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Municipal Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Court Reporters
 
 Circuit Court
 Family Court
 Court Reporter Manual
 
 
 Court Rosters
 Case Records Search
 
 
 
 Court Officials
 
 Clerks of Court
 
 Overview
 Alphabetical List
 County Map
 Clerk Roster
 Family Court Contacts
 State Grand Jury
 Circuit Court Fees
 Family Court Fees
 Clerk of Court & ROD Manual
 
 
 Registers of Deeds
 
 Overview
 Alphabetical List
 County Map
 ROD Roster
 Clerk of Court & ROD Manual
 
 
 Solicitors
 Public Defenders
 
 
 Opinions/Orders
 
 Published Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Opinion Search
 Advance Sheets
 Unpublished Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Judicial Advisory Opinion Search
 Court Orders
 
 All Court Orders
 Administrative
 Judicial/Legal Conduct
 Court Rule Maintenance
 Aiken v. Byars Judicial Appointments
 
 
 Order Search
 
 
 
 Calendar
 
 Monthly View
 Terms of Court
 Circuit Judge Assignments
 Family Judge Assignments
 Calendar Search
 
 


 
 






 
 
 
 


Court News ...


 
 
 
 Best Legal Practices in Child Abuse and Neglect Cases  (05-31-2018)
 
 Closing of the Probate Courts  (05-22-2018)
 
 E-Filing Pilot Program to Expand to Dorchester County on June 19, 2018  (05-17-2018)
 
 Revised General Sessions Sentence Sheet (SCCA Form 217)  (05-04-2018)
 
 ...more
 
 


 
 
 
 General Public
 
 
 Legal Community
 
 
 Judicial Community
 
 
 
 
 
 
 
 Juror Information
 Online Payments
 
 
 
 Self Help Resources
 Overview of SC Judicial System
 
 
 
 Language Help (Interpreters)
 Supreme Court Opinions
 
 
 
 Ayuda en Español
 Court of Appeals Opinions
 
 
 
 SRL Divorce Packets
 Magistrates Eligibility Exam Info
 
 
 
 SRL Child Support Packets
 How Judges are elected in SC
 
 
 
 SC Bar Member Directory
 Educational Resources
 
 
 
 SC Code of Laws
 How to become a Court Reporter
 
 
 
 Expungement Information
 How to obtain a transcript
 



 
 
 
 
 Weekly Supreme Court Opinions
 Circuit Court Filing Fees
 
 
 Weekly Court of Appeals Opinions
 Family Court Filing Fees
 
 
 Advance Sheets
 Circuit Court Assignments 
 
 
 Supreme Court Orders
 Family Court Assignments
 
 
 Opinion Search
 Terms of Court
 
 
 Best Legal Practices
 Court Rosters
 
 
 Court Rules
 Expungement Information 
 
 
 Pilot Programs
 Interest Rate on Judgments
 
 
 AIS
 E-Filing
 



 
 
 
 
 Weekly Supreme Court Opinions
 Circuit Court Assignments
 
 
 
 Weekly Court of Appeals Opinions
 Family Court Assignments 
 
 
 
 
 Supreme Court Orders
 Terms of Court
 
 
 
 Order Search
 SC Code of Laws
 
 
 
 CDR Codes
 Judicial Advisory Opinions
 
 
 
 Court Forms
 Monthly Reports
 
 
 
 Court Rules
 Annual Reports
 
 
 
 Court Calendar
 Statistical Trends
 
 
 
 Summary Court Judges Bench Book
 Email Notification System
 


 
 
 


 
 
 
 
 
 
 Advance Sheets
 
 CDR Codes
 
 
 AIS
 
 Court Forms
 
 
 Attorney Search
 
 Court Rules
 
 
 Bar Admissions
 
 Video Portal
 
 
 Court Orders
 
 E-Filing
 
 
 C-Track Public Access
 
 Legal Links
 
 
 Court Rosters
 
 Records Search
 
 
 Electronic Daybook
 
 Opinion Search
 
 
 
 
 
 
 
 
 
 
 Supreme Court
 (803)734-1080
 
 
 Court of Appeals
 (803)734-1890
 
 
 Court Administration
 (803)734-1800
 
 
 Disciplinary Counsel
 (803)734-2038
 
 
 Finance & Personnel
 (803)734-1970
 
 
 Technology
 (803)734-1193
 
 
 
 
 
 
 
 
 Click here to subscribe to the SCJD Email Notification system or to modify your subscription.
 
 
 





 
 Clarendon County Courthouse
 



 County Information Lookup:



 
 






 
 Website Information | Privacy
 © 2000-2018 South Carolina Judicial Department